AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>7:25mj192 | Date and time warrant executed:<br>September 4, 2025 @ 1143 hours | Copy of warrant and inventory left with:<br>On file with USPIS |
| Inventory made in the presence of :<br>Postal Inspector Nathan Buck and Postal Inspector Michael Barrett | | |
| Inventory of the property taken and name(s) of any person(s) seized:<br><br>1. USPS Priority Mail parcel bearing tracking number "9405 5362 0624 9307 6185 05" and packing material.<br><br>2. Clear bag containing approximately 527 grams of green leafy plant material (marijuana.)<br><br>**Received in Chambers**<br>**By Reliable Electronic Means**<br><br>9/4/2025 at 12:49pm<br><br>**Hon. C. Kailani Memmer**<br>**United States Magistrate Judge** | | CLERKS OFFICE US DISTRICT COURT<br>AT ROANOKE, VA<br>FILED<br>September 04, 2025<br>LAURA A. AUSTIN, CLERK<br>BY: /s/ S. Wray<br>DEPUTY CLERK |
| Certification | | |
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br>Date: September 4, 2025            *Nathan E. Buck*<br>                                                                 *Executing officer's signature*<br><br>                                                    Nathan E. Buck, Postal Inspector, USPIS<br>                                                           *Printed name and title* | | |